# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR416-217 |
| ) | |
| DARYL BRYANT, SR., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Application for leave of absence has been requested by Elizabeth F. Pavlis for the period of Wednesday, August 24, 2016 through and including Friday, August 26, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  12th  day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA